UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20840-CR-SEITZ/O'SULLIVAN

**ALEXANDER BERNARD WALDEN,**

    Petitioner,

v.

**UNITED STATES OF AMERICA,**

    Respondent.
_____/

## ORDER

THIS MATTER is before the Court on the following motions regarding habeas relief:

1. Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 and Memorandum of Fact and Law in Support (DE# 72, 3/26/09);

2. Corrected Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 and Memorandum of Fact and Law in Support (DE# 73, 3/26/09);

3. Amendment to Corrected Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 and Memorandum of Fact and Law in Support (DE# 74, 3/26/09);

4. Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (DE# 79, 6/8/09) (filed in Case No. 09cv21541); and

5. Government's Motion to Strike Movant's Pro Se Motion to Vacate Sentence pursuant to Title 28 U.S.C. § 2255 (CR-DE: 79) (DE# 80, 6/10/09). In Civil Case No. 09cv20891, this matter was referred to United States Magistrate Judge John J. O'Sullivan by the Honorable Patricia A. Seitz for a Report and Recommendation in

accordance with 28 U.S.C. § 636(b). (DE # 5, 4/15/09; in 09cv20891).  The undersigned issued a Report and Recommendation in Case No. 09cv20891 (DE#15, 7/17/09) that addresses the habeas relief requested by the petitioner, which is the subject the filings in this action.  Accordingly, it is

ORDERED AND ADJUDGED that the above-listed motions are DENIED AS MOOT.

DONE AND ORDERED at Miami, Florida, this 17th day of July, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record